3

1   Edward L. Ingalls
2   5952 West Gail Drive
    Chandler, AZ 85226
3   phone: 410-340-2000
    edward.l.ingalls@gmail.com
4   pro-se
5
6   **IN THE UNITED STATES BANKRUPTCY COURT**
    **FOR THE DISTRICT OF ARIZONA**
7
8   IN RE:                                      | Chapter 7
                                                |
9   EDWARD L. INGALLS                           | Case No. 21-05516-MCW
        Debtor                                  |
10                                              |
11  _____        |
                                                | Adversary No.  2:21-ap-00264-MCW
12  EDWARD L. INGALLS                           |
13                                              | **NOTICE OF HEARING**
        Plaintiff                               | ON PLAINTIFF'S MOTION
14                                              | TO EXTEND OR CONTINUE
        v.                                      | CASE DEADLINES
15                                              |
16  MIGUEL CARDONA, in his official             |
      capacity as Secretary, U.S. Department    |
17    of Education         |                    |
18  NAVIENT CORPORATION                         |
    NAVIENT SOLUTIONS, LLC                      |
19  NAVIENT FEDERAL LOAN TRUST                  |
20  DEUTSCHE BANK ELT NAVIENT                   |
      & SLM TRUSTS                              |
21  SLM CORPORATION, SALLIE MAE                 |
22    BANK &SALLIE MAE                          |
      EDUCATIONAL TRUST                         |
23  NATIONAL STUDENT                            |
      LOAN PROGRAM                              |
24                                              |
25                                              | Hearing:
        Defendants                              | Date: January 31, 2023
26                                              | Time: 11:00 a.m.
                                                | Location: Telephonic/Videoconference
27                                              |
28

NOTICE HEARING MOTION TO EXTEND/CONTINUE          1

FILED

JAN 0 3 2023

UNITED STATES
BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

NOTICE IS HEREBY GIVEN that a hearing on Plaintiff's Motion to Extend or Continue Case Deadlines (Doc. 158) will be held at the following date and time:

**DATE:**          **January 31, 2023.**

**TIME:**          **11:00 a.m.**

**LOCATION:**     **Parties may appear at the hearing either by:**

          **(1) videoconference by visiting www.zoomgov.com, Meeting ID: 161 724 2602, Passcode: 200654, or**

          **(2) telephone by calling (877) 402-9753, Access Code: 7471798.**

A copy of the Motion is on file with the Clerk of the Court and can be obtained upon request directed to Plaintiff. Copies of the Motion have been served on Mary K. Farrington-Lorch and Robert Williams, Attorneys for Defendants as named in the below Certificate of Service. Any objections to the Motions, pursuant to Local Rule 9013-1, fourteen (14) days after service, a Response must be filed with the Clerk of the Court at 230 N. First Avenue, Suite 101, Phoenix, AZ 85003-1706, and a copy must be served upon Plaintiff.

Date: December 30, 2022

Respectfully submitted,

By: /s/ Edward L. Ingalls
Edward L. Ingalls
5952 West Gail Drive
Chandler, AZ 85226
phone: 410-340-2000
edward.l.ingalls@gmail.com

NOTICE HEARING MOTION TO EXTEND/CONTINUE       2

# CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2022, I served a copy of the foregoing

by U.S. Mail to the following:


Mary K. Farrington-Lorch
Law Office of Mary K. Farrington-Lorch
3930 E. Camelback Road Suite 100
Phoenix, AZ 85018
Defendant Navient Solutions, LLC, et al.


Robert Williams
Gust Rosenfeld P.L.C.
One East Washington, Suite 1600
Phoenix, Arizona 85004-2553
Defendant Educational Credit Management Corporation.


(Email to Courtroom Deputy at: Tayler_Carter@azb.uscourts.gov)

/s/ Edward L. Ingalls
Edward L. Ingalls
Plaintiff

NOTICE HEARING MOTION TO EXTEND/CONTINUE          3